United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD A. GEASLAND,

　　　　Plaintiff,

　　v.

COMMISSIONER OF SOCIAL
SECURITY,

　　　　Defendant.

Case No.　25-cv-09766-RS

**ORDER GRANTING EXTENSION**

Plaintiff and Defendant, through their respective attorneys, have stipulated that Plaintiff shall have a thirty (30) day extension of time until May 13, 2026, in which to e-file his Opening Brief which is due on April 13, 2026. Dkt. 12. The request is granted. Defendant's Brief shall be filed on or before June 12, 2026.

**IT IS SO ORDERED**.

Dated: April 6, 2026

_____
RICHARD SEEBORG
Chief United States District Judge